UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE MIGUEL PENA DE LA CRUZ,<br><br>Defendant | CRIMINAL No. 25-10106-WGY |

## GOVERNMENT'S NOTICE
## OF IMPENDING REMOVAL OF DEFENDANT

Pursuant to the Court's order at ECF 49, this is the government's notice of defendant's

impending removal from the United States, which is currently expected to occur on Tuesday, June

24, 2025. The government notes that the Court has not ruled on its unopposed motion [ECF 54] to

clarify that order and related orders and to vacate the May 8, 2025 standing order, which remains

posted on the Session's website as of this filing. This notice represents the government's good faith

effort to comply with the Court's orders despite the unresolved motion.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    /s/ Donald C. Lockhart
       Donald C. Lockhart
       Chief of Appeals
       Assistant United States Attorney
       (617) 748-3193

June 23, 2025  Pursuant to this Court's order in this case, the government has properly given notice that it will deport Mr. de la Cruz on Tuesday, June 24, 2025. Mr. de la Cruz presently has serious pending unresolved criminal charges facing him in this District. In light of the previous litigation concerning this defendant, the Court treats this notice functionally as a motion to dismiss the pending indictment without prejudice in the interests of justice without prejudice. The government has the power to dismiss a criminal case for any reason or no reason. As this Court has previously articulated herein, it is sophistry to both claim to be fully enforcing the law while at the same time quietly deporting a defendant to increase ICE's monthly catch limit. Upon Mr. de la Cruz' deportation, the indictment against him is dismissed with prejudice. William H. Young District Judge